■ In the Matter of PAUL T. ROGERS, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY, Respondent.— Cross motion of the Attorney-General of the State of New York to dismiss petition granted and the proceeding is dismissed, without costs or disbursements. No opinion. Concur— Botein, P. J., Capozzoli, McGivern, Rabin and McNally, JJ.

■ DAVID COHEN, Respondent, v. QUARTITE CREATIVE CORPORATION, Appellant.— Order entered on November 22, 1967, conditionally granting plaintiff's motion to preclude, unanimously reversed, on the law and the facts and in the exercise of discretion, and the motion denied, without costs or disbursements. The inadequacies in the information furnished — and we find fewer than plaintiff asserts — seem to us more literal than substantial; and in our opinion contain no threat of prejudice to the prosecution of his case. In these circumstances, and in view of the availability of other forms of pretrial discovery (cf. Baumgarten v. Lear, 26 A D 2d 932), prolonging this debate, with all its minutiae, regarding the sufficiency of particulars lacks practical justification. Concur— Botein, P. J., Eager, Capozzoli, Tilzer and McGivern, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT KRATCHEL, Appellant.— Order entered on January 31, 1967 unanimously affirmed. No opinion. The order of this court entered on February 20, 1968 [29 A D 2d 846] is vacated. Concur— Steuer, J. P., Capozzoli, McGivern, McNally and Bastow, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1968

### (February 5, 1968)

■ In the Matter of SYLVESTER W. DEL BELLO, an Attorney, Respondent. WESTCHESTER COUNTY BAR ASSOCIATION, Petitioner.— Application by a suspended attorney, whose period of suspension has expired, for reinstatement as an attorney and counselor at law. The application was referred to the Committee on Character and Fitness for the Ninth Judicial District for investigation, hearing and report. The committee's report has been received by the court. Application granted; applicant's name directed to be restored to the roll of attorneys and counselors at law, effective forthwith. Beldock, P. J., Christ, Hopkins, Benjamin and Munder, JJ., concur.